# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131369

GATCHBY PROPERTIES, L.P.,
           Plaintiff-Appellant,

v

ANTRIM COUNTY ROAD
COMMISSION, HELENA
TOWNSHIP, ASSOCIATION
FOR THE PRESERVATION OF
PUBLIC ACCESS, and
MICHAEL CRAWFORD,
           Defendants-Appellees,

and

ISABEL AMERSON,
           Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131369
COA: 258909
Antrim CC: 97-007232-CH

_____/

On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

l0220